UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

  v.

FAHIM FAHIMI; and Does 1-10,

    Defendants

Case: 2:14-CV-01167-JAM-DAD

**ORDER**

## ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 12/2/2014    /s/ John A. Mendez_____
                                HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE